**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER; MARY DOE; DAVID DOE; PETER DOE; and JACOB DOE, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA,<br><br>*Defendants*. | **DECLARATION OF GOLNAZ FAKHIMI IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION TO POSTPONE JANUARY 6, 2026, EFFECTIVE DATE OF AGENCY ACTION**<br><br>Civil Action No. 1:25-cv-13939<br><br>Pursuant to L. R. 5.1(c), Plaintiffs note they are requesting **emergency relief** against agency action taking effect at **12:00am on January 6, 2026**. |

I, Golnaz Fakhimi, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over the age of eighteen and competent to make this declaration. I am an attorney with Muslim Advocates and counsel for Plaintiffs in the above-captioned matter. I make this declaration based on personal knowledge about which I am competent to testify.

2. On December 22, 2025, I jointly emailed attorneys Michael Sady and Mark Sauter of the U.S. Attorney's Office for the District of Massachusetts to ask their office's position on Plaintiffs' Emergency Motion to Postpone January 6, 2026, Effective Date of Agency Action. I did not receive a response ahead of the filing of the motion.

3. I otherwise submit this declaration to provide the Court true and correct copies of certain documents submitted in support of Plaintiffs' Emergency Motion to Postpone January 6, 2026, Effective Date of Agency Action.

**_Exhibits comprising Plaintiffs' Declarations:_**

    a. **Exhibit 1** is a true and correct copy of the Declaration of Mary Doe, dated December 19, 2025.

    b. **Exhibit 2** is a true and correct copy of the Declaration of David Doe, dated December 19, 2025.

    c. **Exhibit 3** is a true and correct copy of the Declaration of Peter Doe, dated December 19, 2025.

    d. **Exhibit 4** is a true and correct copy of the Declaration of Jacob Doe, dated December 19, 2025.

    e. **Exhibit 5** is a true and correct copy of the Declaration of Amaha Kassa, Founder and Executive Director of African Communities Together, dated December 16, 2025.

**_Exhibits pertaining to the Administration's break from past practices in conducting periodic reviews of TPS designations, as well as to the preordained and pretextual nature of their TPS terminations in 2025:_**

    f. **Exhibit 6** is a true and correct copy of the document titled "Temporary Protected Status: Steps Taken to Inform and Communicate Secretary of Homeland Security's Decisions" (Apr. 2020) ("GAO Report"). The document was downloaded at my direction and is available on the Government Accountability Office website at https://www.gao.gov/assets/gao-20-134.pdf.

g. **Exhibit 7** is a true and correct copy of the document titled "TPS Terminations and Associated Orderly Transition Periods Prior to Current Trump Administration" ("Transition-periods Chart"). This document was initially submitted as an exhibit in the matter *National TPS Alliance v. Noem* and is available on the public docket for said matter. *See* No. 3:25-cv-05687-TLT, Dkt. No. 28 (N.D. Cal. 2025).

h. **Exhibit 8** is a true and correct copy of the document by Lauren Ploch Blanchard, Cong. Rsch. Serv., IF10218.19, South Sudan, (May 9, 2025) (collecting State Department commentary), https://www.congress.gov/crs-product/IF10218.

i. **Exhibit 9** is a true and correct copy of a certified transcript of the January 15, 2025, confirmation hearing of Secretary Kristi Noem. This certified transcript was initially submitted as an exhibit in the matter *National TPS Alliance v. Noem* and is available on the public docket for said matter. *See* No. 3:25-cv-05687-TLT, Dkt. No. 18-14 (N.D. Cal. 2025). The video of the hearing is available for viewing at https://www.c-span.org/program/senatecommittee/homeland-security-secretary-nominee-gov-kristi-noem-testifies-at-confirmationhearing/654484.      At approximately 1:51:50, Secretary Noem states, "[TPS] has been abused and manipulated by the Biden Administration and that will no longer be allowed . . . and these extensions going forward the way that they are, the program was intended to be temporary[.]"

j. **Exhibit 10** is a true and correct screen capture of the article titled "Trump says he would revoke Temporary Protected Status for Haitian migrants in Springfield if elected" (Oct. 3, 2024). The webpage was captured at my direction and is available

on the CNN website at https://www.cnn.com/2024/10/03/politics/trump-revoke-status-ohio-haitian-migrants.

k. **Exhibit 11** is a true and correct screen capture of the press release issued by the Department of Homeland Security on February 20, 2025, titled "Secretary Noem Rescinds Previous Administration's Extension of Haiti's Temporary Protected Status." The press release was captured at my direction and is available on the DHS website at https://www.dhs.gov/news/2025/02/20/secretary-noem-rescinds-extension-haitis-temporary-protected-status.

l. **Exhibit 12** is a true and correct screen capture of an X post made by Secretary Kristi Noem on January 29, 2025. The image was captured at my direction and is available on https://x.com/Sec_Noem/status/1884752724194963594 .

m. **Exhibit 13** is a true and correct screen capture of the webpage titled "Afghanistan Travel Advisory." The webpage was captured at my direction and is available on the State Department website at https://travel.state.gov/content/travel/en/traveladvisories/traveladvisories/afghanistan-advisory.html.

n. **Exhibit 14** is a true and correct copy of the document titled "The Contributions of Temporary Protected Status Holders to the U.S. Economy" (Sept. 19, 2023). The document was downloaded at my direction and is available on the American Immigration Council's website at https://www.americanimmigrationcouncil.org/fact-sheet/contributions-temporary-protected-status-holders-us-economy/.

o.  **Exhibit 15** is a true and correct copy of the Declaration of Aaron Reichlin-Melnick, dated October 16, 2025 ("Reichlin-Melnick Decl.").

***Exhibits primarily comprising materials previously entered in <u>Nat'l TPS All. v. Noem</u>, No. 25-cv-05687-TLT (N.D. Cal.) ("NTPSA II"), that pertain to Defendants' break from past practices for conducting periodic reviews of TPS designations and to the preordained nature of their TPS terminations in 2025:***

p.  **Exhibit 16** is a true and correct copy of an email thread titled "Nicaragua DM," dated April 10, 2025, produced by Defendants as part of discovery in the matter *National TPS Alliance v. Noem* (*NTPSA II*) with Bates Number NTSA2_00001670. This document was initially submitted as an exhibit in *NTPSA II* and is available on the public docket for said matter. In this email thread, USCIS Adjudications Officer Kelley K. Miller first shares the Decision Memo for TPS for Nicaragua, and then follows with an email stating that USCIS has a state recommendation for Nicaragua from Department of State from 2024, not 2025, and that USCIS just received country conditions materials that day.

q.  **Exhibit 17** is a true and correct copy of an email thread titled "Honduras and Nicaragua TPS," dated April 7 and 8, 2025, produced by Defendants as part of discovery in *NTPSA II* with Bates Number NTSA2_00002566. This document was initially submitted as an exhibit in *NTPSA II* and is available on the public docket for said matter. In this email thread, USCIS Chief Sasha Mehra Ridley writes, on April 7, 2025, regarding TPS for Nicaragua and Honduras, "We have DM's [Decision Memos] written for termination."

r.  **Exhibit 18** is a true and correct copy of an email thread titled "Honduras and Nicaragua Recommendations," dated April 8, 2025, produced by Defendants as part of discovery in *NTPSA II* with Bates Number NTPSA2_00002463.This

document was initially submitted as an exhibit in *NTPSA II* and is available on the public docket for said matter.

s.  **Exhibit 19** is a true and correct copy of an email titled "Relevant Quotes from updated Venezuela COI sources (012825) positive improvements highlighted," dated January 28, 2025, produced by Defendants as part of discovery in the matter *National TPS Alliance v. Noem* (*NTPSA I*), No. 3:25-cv-01766 (N.D. Cal. 2025) with Bates Number NTPSA2_000933. This document was initially submitted as an exhibit in *NTPSA II* and is available on the public docket for said matter.

t.  **Exhibit 20** is a true and correct copy of an email titled "Draft Decision Memos for South Sudan and Afghanistan," dated February 21, 2025, produced by Defendants as part of discovery in the matter *National TPS Alliance v. Noem* (*NTPSA I*), No. 3:25-cv-01766 (N.D. Cal. 2025) with Bates Number NTPSA2_00002452. This document was initially submitted as an exhibit in *NTPSA II*.

u.  **Exhibit 21** is a true and correct copy of an email titled "Honduras DM and Attachments for FO Review," dated April 8, 2025, produced by Defendants as part of discovery in the matter *National TPS Alliance v. Noem* (*NTPSA I*), No. 3:25-cv-01766 (N.D. Cal. 2025) with Bates Number NTPSA2_00001504. This document was initially submitted as an exhibit in *NTPSA II*.

v.  **Exhibit 22** is a true and correct copy of an email titled "TPS Expiration Dates & DOS Reports Due," dated March 12, 2025, produced by Defendants as part of discovery in the matter *National TPS Alliance v. Noem* (*NTPSA I*), No. 3:25-cv-01766 (N.D. Cal. 2025) with Bates Number NTPSA2_00001524. This document was initially submitted as an exhibit in *NTPSA II*.

w. **Exhibit 23** is a true and correct copy of an email titled "Nicaragua TPS COI Report Apr. 2025 – FINAL," dated April 10, 2025, produced by Defendants as part of discovery in the matter *National TPS Alliance v. Noem* (*NTPSA I*), No. 3:25-cv-01766 (N.D. Cal. 2025) with Bates Number NTPSA2_00002341. This document was initially submitted as an exhibit in *NTPSA II*.

x. **Exhibit 24** is a true and correct copy of *NTPSA II*, No. 25-cv-05687-TLT (Dkt No. 97) (discovery order indicating that Secretary Noem issued the terminations for Nicaragua, Honduras, and Nepal's TPS designations without reviewing country conditions reports from the relevant agencies).

y. **Exhibit 25** is a true and correct copy of the DHS Press Release, titled "Secretary Noem Rescinds Previous Administration's Extension of Haiti's TPS" (Feb. 20, 2025). The document was downloaded at my direction on December 10, 2025, and is available on the Department of Homeland Security's website, https://www.dhs.gov/news/2025/02/20/secretary-noem-rescinds-extension-haitis-temporary-protected-status.

z. **Exhibit 26** is a true and correct copy of the N.Y. TIMES article titled "Vance Vows an End to Programs for Legal Immigrants" (Oct. 22, 2024). The document was downloaded at my direction and is available on the New York Times website.

***Exhibits relating to conditions in South Sudan relevant to the periodic review of its TPS designation, based on ongoing armed conflict and based on other extraordinary and temporary circumstances preventing safe return:***

aa. **Exhibits 27–29** are intentionally left blank and should be disregarded.

bb. **Exhibit 30** is a true and correct screen capture of the webpage titled "South Sudan Travel Advisory." The webpage was captured at my direction and is available on

the State Department's website at https://travel.state.gov/en/international-travel/travel-advisories/south-sudan.html.

cc. **Exhibit 31** is a true and correct copy of the UNHCHR Press Release titled "South Sudan: U.N. Commission Urges General Assembly to Bolster Dialogue and Justice Efforts, to Avert Return to Full Scale War" (Oct. 29, 2025). The document was downloaded at my direction and is available on U.N.'s website at https://www.ohchr.org/en/press-releases/2025/10/south-sudan-un-commission-urges-general-assembly-bolster-dialogue-and.

dd. **Exhibit 32** is a true and correct copy of the UNHRC Report titled "Plundering a Nation: how rampant corruption unleashed a human rights crisis in South Sudan" (Sept. 16, 2025). The document was captured at my direction and is available at this website:    https://reliefweb.int/report/south-sudan/plundering-nation-how-rampant-corruption-unleashed-human-rights-crisis-south-sudan-commission-human-rights-south-sudan-ahrc60crp5.

ee. **Exhibit 33** is a true and correct copy of the Center for Preventative Action-Council on Foreign Relations Report titled "Instability in South Sudan" (Mar. 21, 2025). The document was downloaded at my direction and is available on Council for Foreign Relations website at https://www.cfr.org/global-conflict-tracker/conflict/civil-war-south-sudan.

ff. **Exhibit 34** is a true and correct copy of a U.S. State Dep't Report titled "South Sudan Country Security Report" (Apr. 30, 2025). The document was downloaded at my direction and is available on the State Department's website at https://www.osac.gov/Content/Report/60d44686-9142-4338-937d-1c78087363c9.

gg. **Exhibit 35** is a true and correct copy of the UNHCHR Press Release titled "South Sudan: Türk alarmed by deteriorating human rights situation amid rising violence and political tensions" (Sept. 26, 2025). The document was downloaded at my direction and is available on the U.N.'s website at https://www.ohchr.org/en/press-releases/2025/09/south-sudan-turk-alarmed-deteriorating-human-rights-situation-amid-rising.

hh. **Exhibit 36** is a true and correct copy of the U.N. Population Fund Report titled "Knowledge, Attitudes and Practices Survey on Gender-based Violence in Upper Nile, Jonglei and Unity states, South Sudan" (Jan. 2025). It was captured at my direction and is available at this website:   https://reliefweb.int/report/south-sudan/knowledge-attitudes-and-practices-survey-gender-based-violence-south-sudan-final-report-january-2025.

ii. **Exhibit 37** is a true and correct copy of the U.S. Dep't of State Advisory titled "South Sudan Travel Advisory" (Nov. 13, 2025) ("Nov. 13, 2025, Dep't of State Advisory"). The document was captured at my direction and is available at this website:        https://ss.usembassy.gov/travel-advisory-south-sudan-updated-november-13-2025/.

jj. **Exhibit 38** is a true and correct copy of the UNOCHA Report titled "South Sudan: Floods Snapshot" (Nov. 30, 2025).  The document was downloaded at my direction and    is    available    on    the    U.N.'s    website    at https://www.unocha.org/publications/report/south-sudan/south-sudan-floods-snapshot-30-november-2025

kk. **Exhibit 39** is a true and correct copy of the European Comm'n Report titled "South Sudan" dated November 25, 2025. The document was captured at my direction and is available at the following website, https://civil-protection-humanitarian-aid.ec.europa.eu/where/africa/south-sudan_en.

ll. **Exhibit 40** is a true and correct copy of the U.N. News Report titled "South Sudan's longest cholera outbreak enters critical stage" (July 8, 2025). The document was captured at my direction and is available on the U.N.'s website at https://news.un.org/en/story/2025/07/1165348.

mm.      **Exhibit 41** is a true and correct copy of the U.N. Peacekeeping Report titled "Stakes rise for South Sudan: What's happening, and why it matters" (Nov. 11, 2025). The document was downloaded at my direction and is available on the U.N.'s website at https://news.un.org/en/story/2025/11/1166333.

nn. **Exhibit 42** is a true and correct copy of the RJMEC Report by H.E. Amb. Maj. Gen. George Aggrey Owinow titled "Quarterly Report on the State of Implementations of the Revitalised Agreement on the Resolution of the Conflict in the Republic of South Sudan for the period of July 1st to September 30th, 2025" dated October 23, 2025. The document was downloaded at my direction.

oo. **Exhibit 43** is a true and correct copy of the Norwegian Refugee Council Report by Nathan Carey titled "We escaped hell, but we arrived in another one" (Nov. 5, 2025). The document was downloaded at my direction and is available on the Norwegian Refugee Council Report's website at https://www.nrc.no/perspectives/2025/we-escaped-hell-but-we-arrived-in-another-one.

*Exhibits relating to Defendants' discriminatory animus against immigrants from non-European countries who are not white:*

pp. **Exhibit 44** is a true and correct copy of a certified transcript of a March 5, 2024, interview of Governor Kristi Noem on CBS News. This certified transcript was initially submitted as an exhibit in the *NTPSA II* and is available on the public docket for said matter. No. 3:25-cv-05687-TLT, Dkt. No. 18-15 (N.D. Cal. 2025). The video is available for viewing at https://www.cbsnews.com/video/kristi-noem-calls-on-nikki-haley-to-exit-2024-race/. At approximately 3:58, Secretary Noem described irregular immigration across the U.S.-Mexico border as an "invasion happening on purpose. . . to remake the foundation of this country."

qq. **Exhibit 45** is a true and correct screenshot of an X post made by the Department of Homeland Security on October 14, 2025. The image was captured at my direction and is available on X at https://x.com/DHSgov/status/1978175527329358094.

rr. **Exhibit 46** is a true and correct copy of an article titled "Trump's Department of Homeland Security Embraces a Word With Ties to White Nationalism" (Oct. 16, 2025). The article was captured at my direction and is available on Time's website at https://time.com/7326233/trump-remigrate-homeland-security/.

ss. **Exhibit 47** is a true and correct copy of the report titled "The 'Great Replacement' Theory, Explained." The report was downloaded at my direction and is available on the National Immigration Forum website at https://forumtogether.org/wp-content/uploads/2021/12/Replacement-Theory-Explainer-1122.pdf.

tt. **Exhibit 48** is a true and correct screen capture of an X post made by the Department of Homeland Security on May 19, 2025. The image was captured at my direction on December 20, 2025, and is available on https://x.com/DHSgov/status/1924575437344186612 .

uu. **Exhibit 49** is a true and correct screen capture of the article titled "Exclusive: US diplomats asked if non-whites qualify for Trump refugee program for South Africans" (July 26, 2025). It was captured at my direction and is available on the Reuters website at https://www.reuters.com/world/africa/us-diplomats-asked-if-non-whites-qualify-trump-refugee-program-south-africans-2025-07-25/.

vv. **Exhibit 50** is a true and correct screen capture of the article titled "Trump Administration Is Said to Plan to Cut Refugee Admissions to a Record Low" (Oct. 3, 2025). It was captured at my direction and is available on the New York Times website at https://www.nytimes.com/2025/10/03/us/politics/trump-refugee-admissions-south-africa.html.

ww. **Exhibit 51** is a true and correct copy of Todd Lyons, Acting Director, U.S. Immigr. & Customs Enforcement, Updated Terminology for Communications Materials and Internal and External Communications (Mar. 31, 2025), https://www.ice.gov/doclib/foia/policy/memo_CommsTerminology_03.31.2025.pdf. It was downloaded at my direction.

xx. **Exhibit 52** is a true and correct copy of the article titled "JD Vance Confronted on Putting Constituents 'at Risk' With Haitian Claims" (Sep. 16, 2024). It was captured at my direction and is available on the Newsweek website at

https://www.newsweek.com/jd-vance-cnn-confronted-ohio-haitian-immigrant-claims-1954036.

yy. **Exhibit 53** is a true and correct copy of the article titled "Trump Immigration Targets: Ukrainians, Venezuelans, Haitians" (Nov. 15, 2024).  It was captured at my direction and is available on the New York Times website at https://www.nytimes.com/2024/11/15/us/trump-immigrants-temporary-protected-status.html.

zz. **Exhibit 54** is a true and correct copy of the article titled "Trump on Springfield Haitian Migrants: 'They Have to Be Removed'" (Oct. 2, 2024).  It was captured at my direction and is available on the News Nation website at https://www.newsnationnow.com/politics/2024-election/trump-springfield-haitian-migrants-removed/ (starting at approximately 12:00).

aaa.  **Exhibit 55** is a true and correct copy of the article titled "Trump Says Legal Haitian Migrants Are Illegal 'As Far As I'm Concerned'" (Oct. 9, 2024).  It was captured at my direction and is available on the Rolling Stone website at https://www.rollingstone.com/politics/politics-news/trump-claims-legal-haitian-migrants-illegal-1235129621.

bbb.  **Exhibit 56** is a true and correct copy of an article titled "Trump ends Temporary Protected Status for more than 300,000 Venezuelans in US" (Feb. 3, 2025).  It was captured at my direction and is available on the Washington Examiner website at https://www.washingtonexaminer.com/policy/immigration/3308462/trump-ends-temporaryprotected-status-venezuelans/.

ccc.     **Exhibit 57** is a true and correct copy of an article titled "Sweeping Raids, Giant Camps and Mass Deportations: Inside Trump's 2025 Immigration Plans" (Nov. 11, 2023). It was captured at my direction and is available on the New York Times website at https://www.nytimes.com/2023/11/11/us/politics/trump-2025-immigration-agenda.html.

ddd.     **Exhibit 58** is a true and correct copy of an article titled "Trump Says He Would Try Again to Revoke Haitian Immigrants' Protections" (Oct. 3, 2024). It was captured at my direction and is available on the New York Times website at https://www.nytimes.com/2024/10/03/us/politics/trump-haitian-immigrants-legal-status.html.

eee.     **Exhibit 59** is a true and correct screen capture of a Truth Social post made by Donald J. Trump on November 21, 2025. The image was captured at my direction and is available on Truth Social at https://truthsocial.com/@realDonaldTrump/posts/115590786862216464.

fff. **Exhibit 60** is a true and correct copy of an article titled "Trump Suggests Immigrants Have 'Bad Genes' in Latest Disparagement of Migrants" (Oct. 7, 2024). The webpage was captured at my direction and is available on the NBC News website at https://www.nbcnews.com/politics/donald-trump/trumpsuggests-immigrants-bad-genes-latest-disparagement-migrants-rcna174271

ggg.     **Exhibit 61** is a true and correct copy of an article titled "Trump Promises Mass Deportations of Undocumented People. How Would That Work?" (Aug. 23, 2024). The webpage was captured at my direction and is available on the Missouri

Independent website at https://missouriindependent.com/2024/08/23/trump-promises-mass-deportations-of-undocumented-people-how-would-that-work/.

hhh.    **Exhibit 62** is a true and correct screen capture of an X post made my Kristi Noem on January 28, 2025.  The image was captured at my direction and is available on X at https://x.com/Sec_Noem/status/1884264039158800547.

iii.  **Exhibits 63–66** are intentionally left blank and should be disregarded.

jjj.  **Exhibit 67** is a true and correct copy of a transcript of Donald J. Trump's Convention Speech on July 19, 2024.  The transcript was captured at my direction and can be found on the New York Times website at https://www.nytimes.com/2024/07/19/us/politics/trump-rnc-speech-transcript.html.

kkk.    **Exhibit 68** is a true and correct copy of a transcript of Donald J. Trump's address to the United Nations General Assembly on September 23, 2025.  The transcript was captured at my direction and can be found at https://www.rev.com/transcripts/trump-speaks-at-un.

lll.  **Exhibit 69** is a true and correct screen capture of a Truth Social post by Donald J. Trump on November 27, 2025.  The image was captured at my direction and can be found on Truth Social at https://truthsocial.com/@realDonaldTrump/posts/115625427648743414.

mmm.    **Exhibit 70** is a true and correct screen capture of a Truth Social post by Donald J. Trump on November 27, 2025.  The image was captured at my direction and can be found on Truth Social at https://truthsocial.com/@realDonaldTrump/posts/115625429081411360.

nnn.    **Exhibit 71** is a true and correct screen capture of an X post by Department of Homeland Security on October 14, 2025.  The image was captured at my direction and is available at https://x.com/DHSgov/status/1978175527329358094.

ooo.    **Exhibit 72** is a true and correct copy of an article titled "DHS Issued a Call to 'Remigrate.' Here's the History of the Term Often Associated with Far-Right Groups" (Oct. 19, 2025).  The article was captured at my direction and can be found on the CNN website at https://www.cnn.com/2025/10/19/us/remigrate-dhs-explained.

ppp.    **Exhibit 73** is a true and correct screen capture of a Truth Social post by Donald J. Trump on June 12, 2025.  The image was captured at my direction and can be found on Truth Social at https://truthsocial.com/@realDonaldTrump/posts/114672816056718064.

qqq.    **Exhibit 74** is a true and correct screen capture of a Truth Social post by Donald J. Trump on June 15, 2025.  The image was captured at my direction and can be found on Truth Social at https://truthsocial.com/@realDonaldTrump/posts/114690267066155731.

rrr. **Exhibit 75** is a true and correct screen capture of a Truth Social post by Donald J. Trump on July 5, 2025.  The image was captured at my direction and can be found on Truth Social at https://truthsocial.com/@realDonaldTrump/posts/114801653749329102.

sss. **Exhibit 76** is a true and correct screen capture of a Bluesky post by Department of Homeland Security on October 18, 2025.  The image was captured at my direction

and        can        be        found        on        Bluesky        at
https://bsky.app/profile/homelandgov.bsky.social/post/3m3iec6j2xs2m.

ttt. **Exhibit 77** is a true and correct screen capture of a Bluesky post by Department of Homeland Security on November 7, 2025. The image was captured at my direction and        can        be        found        on        Bluesky        at
https://bsky.app/profile/homelandgov.bsky.social/post/3m52jswz7d22e.

uuu.        **Exhibit 78** is a true and correct screen capture of a Bluesky post by Department of Labor on October 18, 2025. The image was captured at my direction and        can        be        found        on        Bluesky        at
https://bsky.app/profile/dol.gov/post/3m3isfbppcs2f

vvv.        **Exhibit 79** is a true and correct screen capture of a Bluesky post by Department of Labor on October 17, 2025. The image was captured at my direction and        can        be        found        on        Bluesky        at
https://bsky.app/profile/dol.gov/post/3m3gcseptrs22   (post "pinned" to the top of the Department of Labor's Bluesky profile as of Dec. 9, 2025).

www.        **Exhibit 80** is a true and correct screen capture of a Bluesky post by Department of Labor on October 21, 2025. The image was captured at my direction and        can        be        found        on        Bluesky        at
https://bsky.app/profile/dol.gov/post/3m3qe5ocyn22p.

xxx.        **Exhibit 81** is a true and correct screen capture of a Bluesky post by Department of Labor on October 23, 2025. The image was captured and can be found on Bluesky at https://bsky.app/profile/dol.gov/post/3m3vrz4sanc2h.

yyy.     **Exhibit 82** is a true and correct copy of an article titled "Trump, at Fund-Raiser, Says He Wants Immigrants from 'Nice' Countries" (Apr. 7, 2024). The article was captured at my direction and can be found on the New York Times website at https://www.nytimes.com/2024/04/07/us/politics/trump-immigrants-nice-countries.html.

zzz.     **Exhibit 83** is a true and correct copy of an article titled "Trump ramps up anti-immigrant rhetoric, embraces 's---hole countries' phrase" (Dec. 10, 2025). The article was captured at my direction and can be found on the ABC News website at https://abcnews.go.com/Politics/trump-ramps-anti-immigrant-rhetoric-embraces-phrase-hole/story?id=128279166.

aaaa.     **Exhibit 84** is a true and correct copy of a transcript by Donald J. Trump on December 9, 2025. The transcript was captured at my direction and can be found on the Roll Call website at https://rollcall.com/factbase/trump/transcript/donald-trump-speech-political-rally-mount-pocono-pennsylvania=december-9-2025/.

bbbb.     **Exhibit 85** is a true and correct copy of a transcript of Cabinet Meeting remarks by Donald J. Trump on December 2, 2025. The transcript was captured at my direction and can be found on the Roll Call website at https://rollcall.com/factbase/trump/transcript/donald-trump-remarks-cabinet-meeting-december-2-2025/.

cccc.     **Exhibit 86** is a true and correct copy of a USCIS Policy Memorandum titled "U.S. Citizenship & Immigr. Serv., Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries" dated December 2, 2025. The memo was captured at my direction and

is available at https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf

dddd.    **Exhibit 87** is a true and correct screen capture of a Truth Social post by Donald J. Trump on September 18, 2024.  The image was captured at my direction and can be found on Truth Social at https://truthsocial.com/@TeamTrump/posts/112996067996354335.

eeee.    **Exhibit 88** is a true and correct screen capture of a Truth Social post by Donald J. Trump on August 20, 2024.  The image was captured at my direction and can be found on Truth Social at https://truthsocial.com/@TeamTrump/posts/112996067996354335,

ffff.    **Exhibit 89** is a true and correct copy of a transcript of remarks by Donald J. Trump before Law Enforcement Officials in Grand Rapids on April 2, 2024.  The transcript was captured at my direction and can be found on the Roll Call website at https://rollcall.com/factbase/trump/transcript/donald-trump-speech-law-enforcement-officials-grand-rapids-michigan-april-2-2024/.

gggg.    **Exhibit 90** is a true and correct copy of a transcript of fundraising speech by Donald J. Trump on June 15, 2024.  The transcript was captured at my direction and can be found on the Roll Call website at https://rollcall.com/factbase/trump/transcript/donald-trump-speech-club-47-birthday-fundraiser-west-palm-beach-florida-june-14-2024/#108.

hhhh.    **Exhibit 91** is a true and correct copy of a transcript of a campaign event remarks by Donald J. Trump on October 16, 2023.  The transcript was captured at my direction and can be found on the Roll Call website at

https://rollcall.com/factbase/trump/transcript/donald-trump-speech-campaign-event-clive-iowa-october-16-2023/#11 .

iiii. **Exhibit 92** is a true and correct copy of a transcript of political rally remarks by Donald J. Trump on October 22, 2022. The transcript was captured at my direction and can be found on the Roll Call website at https://rollcall.com/factbase/trump/transcript/donald-trump-speech-political-rally-robstown-texas-october-22-2022/#20.

jjjj. **Exhibit 93** is a true and correct copy of a Truth Social post by Donald J. Trump on March 7, 2025. The image was captured at my direction and can be found on Truth Social at https://truthsocial.com/@realDonaldTrump/posts/112894686703859511.

*Exhibits related to new entry bans and blanket immigration benefits processing pauses:*

kkkk.   **Exhibit 94** is a true and correct copy of an article titled "Trump Limits Annual U.S.  Refugees to 7,500. It'll be mostly white South Africans" (Oct. 30, 2025).  The article was captured at my direction and can be found on the PBS News website at https://www.pbs.org/newshour/nation/trump-limits-annual-refugees-to-u-s-to-7500-itll-be-mostly-white-south-africans.

llll. **Exhibit 95** is a true and correct copy of an article titled "Trump administration pauses immigration cases for people from another 20 countries" (Dec. 18, 2025). The article was captured at my direction and can be found on the CBS News website at    https://www.cbsnews.com/news/trump-administration-pauses-immigration-cases-another-20-countries/.

mmmm.   **Exhibit 96** is a true and correct copy of a USCIS Policy Memorandum titled "U.S. Citizenship & Immigr. Serv., Hold and Review of all Pending Asylum

Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries" dated December 2, 2025.  The memo was captured at my direction and can be found on the USCIS website at https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf

EXECUTED on December 23, 2025, in Brooklyn, New York.

*/s/ Golnaz Fakhimi*
Golnaz Fakhimi
