UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>KRISTI L. NOEM, *in her official capacity as Secretary of Homeland Security*, et al.,<br><br>            Defendants. | Case No. 25-cv-13939-PBS |

## NOTICE OF PRODUCTION OF ADMINISTRATIVE RECORD

Defendants' undersigned counsel hereby certifies that the administrative record was served upon Plaintiffs' counsel on January 26, 2026. A courtesy copy will also be delivered to the Court.

                                        Respectfully submitted,

                                        LEAH B. FOLEY
                                        United States Attorney

Dated: January 26, 2026        By:    */s/ Michael L. Fitzgerald*
                                        MICHAEL L. FITZGERALD
                                        Assistant United States Attorney
                                        U.S. Attorney's Office
                                        1 Courthouse Way, Ste. 9200
                                        Boston, MA 02210
                                        (617) 748-3266
                                        michael.fitzgerald2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Michael L. Fitzgerald*
MICHAEL L. FITZGERALD
Assistant U.S. Attorney