**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER; MARY DOE; DAVID DOE; PETER DOE; and JACOB DOE, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Civil Action No. 1:25-cv-13939-PBS |

## PLAINTIFFS' UNOPPOSED MOTION TO STAY DEADLINE TO OPPOSE DEFENDANTS' MOTION TO DISMISS

Plaintiffs respectfully move the Court for a stay of Plaintiffs' deadline to file an opposition to Defendants' Motion to Dismiss (ECF 79). In support of this motion, Plaintiffs state as follows:

1. On March 16, 2026, Defendants filed a Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim. ECF 75.

2. On March 20, 2026, Plaintiffs filed an unopposed Motion for Extension of Time to Oppose Defendants' Motion to Dismiss Plaintiffs' Complaint and to Oppose Defendants' Motion to Stay. ECF 78.

3. On March 23, 2026, the Court granted Plaintiffs' motion and directed Plaintiffs to file their opposition to Defendants' Motion to Dismiss by April 13, 2026. ECF 79.

4.  On April 10, 2026, the parties conferred and intend to seek a stay of further proceedings in this action pending the Supreme Court's decision in the consolidated cases of *Mullin v. Doe* and *Trump v. Miot*, Nos. 25-1083 & 25-1084 (U.S. cert. granted Mar. 16, 2026).  The parties' joint request to stay proceedings is forthcoming.

5.  Given the parties' imminent request to stay proceedings in this case, Plaintiffs seek a stay of the April 13, 2026, deadline for Plaintiffs to respond to Defendants' Motion to Dismiss.

6.  This request is made pursuant to Federal Rule of Civil Procedure 6(b) and the Court's inherent authority to manage its docket.

7.  Plaintiffs conferred with counsel for Defendants, who assent to the relief requested in this motion.

WHEREFORE, for the reasons stated herein, Plaintiffs respectfully request Plaintiffs' deadline to file an opposition to Defendants' Motion to Dismiss be stayed.

Dated: April 13, 2026                              Respectfully submitted,

*/s/ Paul Killebrew*
Paul Killebrew (*pro hac vice*)
Mark H. Lynch (*pro hac vice*)
Stephen Petkis (*pro hac vice*)
Ayana M. Lindsey (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
MLynch@cov.com
SPetkis@cov.com
PKillebrew@cov.com
ALindsey@cov.com

Sarah Leadem (*pro hac vice*)
COVINGTON & BURLING LLP
Salesforce Tower

415 Mission Street, Suite 5400
San Francisco, CA 94105
(415) 591-6000
SLeadem@cov.com

Michael E. Cunniff (*pro hac vice*)
COVINGTON & BURLING LLP
30 Hudson Yards
New York, NY 10001
(212) 841-1000
MCunniff@cov.com

*/s/ Nargis Aslami*
Nargis Aslami (MA Bar Number: 714848)
Golnaz Fakhimi (*pro hac vice*)
Collin Poirot (*pro hac vice*)
Abbey Rutherford (*pro hac vice*)
MUSLIM ADVOCATES
1032 15th Street N.W. #362,
Washington, D.C. 20005
202.897.2622
Nargis@muslimadvocates.org
Golnaz@muslimadvocates.org
Collin@muslimadvocates.org
Abbey@muslimadvocates.org

*/s/ Erik Crew*
Erik Crew
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
(949) 603-7411
ecrew@haitianbridge.org


*Counsel for Plaintiffs African Communities
Together, David Doe, Mary Doe, Peter Doe, and
Jacob Doe, and the Proposed Class*

## LOCAL RULE 7.1 CERTIFICATION

I certify that I conferred with counsel for Defendants, who do not oppose the relief requested in this motion.

*/s/ Paul Killebrew*
Paul Killebrew

## **CERTIFICATE OF SERVICE**

I, Paul Killebrew, counsel for Plaintiffs African Communities Together, Mary Doe, David Doe, Peter Doe, and Jacob Doe, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Paul Killebrew*
Paul Killebrew