**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER; MARY DOE; DAVID DOE; PETER DOE; and JACOB DOE, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security;[1] U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Civil Action No. 1:25-cv-13939-PBS |

## PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiffs African Communities Together, Mary Doe, David Doe, Peter Doe, and Jacob Doe, on behalf of themselves and all others similarly situated, hereby move, pursuant to Federal Rule of Civil Procedure 15(a)(2), for leave to amend their Complaint against Defendants. Briefly stated, Plaintiffs seek to amend their Complaint to add claims that: the termination of South Sudan's Temporary Protected Status ("TPS") designation (the "Termination") violates South Sudanese TPS holders' and applicants' Fifth Amendment right to procedural due process (Counts 6 and 7); and that the Termination was *ultra vires* because only the Attorney General, and not the Secretary of Homeland Security, has the authority to terminate a TPS designation (Count 8).

---

[1] The current Secretary of Homeland Security is automatically substituted as a defendant in place of the former Secretary, Kristi Noem. *See* Fed. R. Civ. P. 25(d).

For the reasons set forth in Plaintiffs' accompanying memorandum of law, the Court should grant the motion for leave to amend.

Dated: July 13, 2026      Respectfully Submitted,

           /s/ Paul Killebrew
           Mark H. Lynch (*pro hac vice*)
           Stephen Petkis (*pro hac vice*)
           Daniel G. Randolph (*pro hac vice* admission pending)
           Paul Killebrew (*pro hac vice*)
           Ayana M. Lindsey (*pro hac vice*)
           COVINGTON & BURLING LLP
           One CityCenter
           850 Tenth Street, NW
           Washington, D.C. 20001
           (202) 662-6000
           MLynch@cov.com
           SPetkis@cov.com
           DRandolph@cov.com
           PKillebrew@cov.com
           ALindsey@cov.com

           /s/ Nargis Aslami
           Nargis Aslami (BBO No. 714848)
           Melissa Keaney (*pro hac vice* admission pending)
           Collin Poirot (*pro hac vice*)
           Abbey Rutherford (*pro hac vice*)
           MUSLIM ADVOCATES
           1032 15th Street N.W. #362
           Washington, D.C. 20005
           (202) 897-2622
           Nargis@muslimadvocates.org
           Melissa@muslimadvocates.org
           Collin@muslimadvocates.org
           Abbey@muslimadvocates.org

           /s/ Erik Crew
           Erik Crew (*pro hac vice*)
           HAITIAN BRIDGE ALLIANCE
           4560 Alvarado Canyon Road, Suite 1H
           San Diego, CA 92120
           (949) 603-7411
           ecrew@haitianbridge.org

2

*Counsel for Plaintiffs African Communities Together, Mary Doe, David Doe, Peter Doe, Jacob Doe, and the Proposed Class*

## <u>CERTIFICATE REGARDING LOCAL RULE 7.1</u>

Pursuant to Local Rule 7.1, I hereby certify that on July 13, 2026, I conferred with counsel for Defendants on the relief requested in the foregoing Motion and attempted in good faith to resolve or narrow the issues.  Defendants oppose the requested relief.  I certify that this Motion and all supporting papers filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Paul Killebrew*
Paul Killebrew
