## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER; MARY DOE; DAVID DOE; PETER DOE; and JACOB DOE, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Civil Action No. 1:25-cv-13939-PBS |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT

Having considered the papers filed in support of Plaintiffs' Motion for Leave to Amend Complaint, and all arguments in opposition and further support thereto, for good cause shown, the Court hereby **ORDERS** and **ADJUDGES** as follows:

1.      Plaintiffs' Motion for Leave to Amend is hereby **GRANTED**;

2.      The Amended Complaint, attached to the Motion as Exhibit 1, shall be deemed filed as of the date of this Order.


**IT IS SO ORDERED** on this ___ day of _____, 2026.


_____
HON. PATTI B. SARIS
UNITED STATES DISTRICT JUDGE