# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER; MARY DOE; DAVID DOE; PETER DOE; and JACOB DOE, on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security;[1] U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA, <br><br> *Defendants*. | **PLAINTIFFS' RENEWED EMERGENCY MOTION FOR ADMINISTRATIVE STAY AND TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION** <br><br> <u>ORAL ARGUMENT REQUESTED</u> <br><br> Civil Action No. 1:25-cv-13939-PBS <br><br> Pursuant to L.R. 5.1(c), Plaintiffs note they are requesting **emergency relief** against agency action. |

Plaintiffs African Communities Together, Mary Doe, David Doe, Peter Doe, and Jacob Doe, on behalf of themselves and all others similarly situated, hereby renew their emergency motion for an administrative stay and, ultimately, a postponement of the termination of South Sudan's Temporary Protected Status ("TPS") designation (the "Termination") under Section 705 of the Administrative Procedure Act ("APA"). Briefly stated, the Court should grant the request because Plaintiffs are likely to succeed on the merits of two newly added claims that (1) the Department of Homeland Security Secretary acted *ultra vires* in purporting to terminate South Sudan's TPS designation, and (2) the Termination deprives Plaintiffs of protected liberty and property interests without constitutionally adequate procedures, in violation of the Due Process Clause. Further, the equitable factors continue to overwhelmingly favor relief.

---

[1] The current Secretary of Homeland Security is automatically substituted as a defendant in place of the former Secretary, Kristi Noem. *See* Fed. R. Civ. P. 25(d).

For these reasons and those set forth in the accompanying memorandum of law, Plaintiffs respectfully request that this Court enter an order granting postponement of the Termination. *See* 5 U.S.C. § 705. Plaintiffs additionally request that this Court issue an administrative stay of the Termination to preserve the status quo until the Court can rule on Plaintiffs' request for postponement, as Judge Kelley (acting as the emergency judge on duty) found appropriate to do pending resolution of Plaintiffs' first emergency motion for postponement. *See* ECF 37. Plaintiffs respectfully submit that the same circumstances once again support granting a stay.

Plaintiffs ask the Court to consider this Motion together with its accompanying arguments and evidence; the other pleadings and filings in this case; any additional matter of which the Court may take judicial notice; and such further evidence or argument as may be presented before, at, or after any hearing the Court holds on the Motion.

Dated: July 13, 2026

Respectfully Submitted,

/s/ Paul Killebrew
Mark H. Lynch (*pro hac vice*)
Stephen Petkis (*pro hac vice*)
Daniel G. Randolph (*pro hac vice* admission pending)
Paul Killebrew (*pro hac vice*)
Ayana M. Lindsey (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001
(202) 662-6000
MLynch@cov.com
SPetkis@cov.com
DRandolph@cov.com
PKillebrew@cov.com
ALindsey@cov.com

/s/ Nargis Aslami
Nargis Aslami (BBO No. 714848)
Melissa Keaney (*pro hac vice* admission pending)
Collin Poirot (*pro hac vice*)

2

Abbey Rutherford (*pro hac vice*)
MUSLIM ADVOCATES
1032 15th Street N.W. #362
Washington, D.C. 20005
(202) 897-2622
Nargis@muslimadvocates.org
Melissa@muslimadvocates.org
Collin@muslimadvocates.org
Abbey@muslimadvocates.org

*/s/ Erik Crew*
Erik Crew (*pro hac vice*)
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
(949) 603-7411
ecrew@haitianbridge.org

*Counsel for Plaintiffs African Communities Together, Mary Doe, David Doe, Peter Doe, Jacob Doe, and the Proposed Class*

3

## CERTIFICATE REGARDING LOCAL RULE 7.1

Pursuant to Local Rule 7.1, I hereby certify that on July 13, 2026, I conferred with counsel for Defendants on the relief requested in the foregoing Motion and attempted in good faith to resolve or narrow the issues. Defendants oppose the requested relief. I certify that this Motion and all supporting papers filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Paul Killebrew*
Paul Killebrew