# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER; MARY DOE; DAVID DOE; PETER DOE; and JACOB DOE, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA,<br><br>*Defendants*. | **PLAINTIFFS' EMERGENCY MOTION FOR ADMINISTRATIVE STAY**<br><br>Civil Action No. 1:25-cv-13939-PBS<br><br>Pursuant to L.R. 5.1(c), Plaintiffs note they are requesting **emergency relief** against agency action. |

Pursuant to the All Writs Act, 28 U.S.C. § 1651, and the Court's inherent authority, Plaintiffs respectfully move for an immediate administrative stay of the Secretary of Homeland Security's termination of South Sudan's TPS designation (the "Termination"). 90 Fed. Reg. 50,484 (Nov. 6, 2025). As set forth more fully in the accompanying memorandum of law, a stay is necessary to avoid irreparable harm while the parties brief Plaintiffs' renewed postponement motion based on their newly asserted claims. The Court should direct that the administrative stay is effective either (1) immediately or (2) upon the issuance of the First Circuit's mandate in *African Communities Together v. Mullin*, No. 26-1254. Further, because the First Circuit is expected to rule imminently, this Court should issue the administrative stay as soon as practicable.

Dated: July 22, 2026

Respectfully Submitted,

/s/ Paul Killebrew
Mark H. Lynch (*pro hac vice*)
Stephen Petkis (*pro hac vice*)

1

Daniel G. Randolph (*pro hac vice*)
Paul Killebrew (*pro hac vice*)
Ayana M. Lindsey (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001
(202) 662-6000
MLynch@cov.com
SPetkis@cov.com
DRandolph@cov.com
PKillebrew@cov.com
ALindsey@cov.com

*/s/ Nargis Aslami*
Nargis Aslami (BBO No. 714848)
Melissa Keaney (*pro hac vice*)
Collin Poirot (*pro hac vice*)
Abbey Rutherford (*pro hac vice*)
MUSLIM ADVOCATES
1032 15th Street N.W. #362
Washington, D.C. 20005
(202) 897-2622
Nargis@muslimadvocates.org
Melissa@muslimadvocates.org
Collin@muslimadvocates.org
Abbey@muslimadvocates.org

*/s/ Erik Crew*
Erik Crew (*pro hac vice*)
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
(949) 603-7411
ecrew@haitianbridge.org

*Counsel for Plaintiffs African Communities
Together, Mary Doe, David Doe, Peter Doe, Jacob
Doe, and the Proposed Class*

2

## CERTIFICATE REGARDING LOCAL RULE 7.1

Pursuant to Local Rule 7.1, I hereby certify that on July 22, 2026, I conferred with counsel for Defendants on the relief requested in the foregoing Motion and attempted in good faith to resolve or narrow the issues.  Defendants oppose the requested relief.  I certify that this Motion and all supporting papers filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Paul Killebrew
Paul Killebrew

3