UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AFRICAN COMMUNITIES TOGETHER, et al,

                    Plaintiffs,

    v.

                           Case No. 25-cv-13939-PBS

MARKWAYNE MULLIN, *Secretary of the U.S. Department of Homeland Security, in his official capacity*, et al,[1]

                    Defendants.

### NOTICE OF DECISION NOT TO SEEK LEAVE TO FILE A SUR-REPLY

At the July 29, 2026 hearing on Plaintiffs' motion to amend the complaint, the Court stated that if Defendants wished to file a sur-reply, they must notify the Court of their intent to do so by close of business today. To that end, in order to permit the Court to rule on Plaintiffs' motion as expeditiously as possible, Defendants respectfully submit this notice to inform the Court that they will not seek leave to file a sur-reply. The Court has now received ample briefing and held a hearing, at which it rightly recognized that the interests of justice call for moving this case to resolution. Moreover, the administrative stay cannot last for more than a brief period and currently prevents the government from effectuating its lawful termination of South Sudan's TPS designation. Accordingly, even if the Court were to allow Plaintiffs to add their proposed claims, it should promptly dissolve the administrative stay given that these claims, to the extent not *futile*, are plainly not *likely to succeed*—as the Court correctly indicated at Wednesday's hearing.

---

[1] Secretary of Homeland Security Markwayne Mullin has been automatically substituted for former Secretary Kristi Noem. Fed. R. Civ. P. 25(d).

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: July 31, 2026          By:   */s/ Michael L. Fitzgerald*
                                    MICHAEL L. FITZGERALD
                                    Assistant United States Attorney
                                    U.S. Attorney's Office
                                    1 Courthouse Way, Ste. 9200
                                    Boston, MA 02210
                                    (617) 748-3266
                                    michael.fitzgerald2@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Michael L. Fitzgerald*
MICHAEL L. FITZGERALD
Assistant U.S. Attorney

2