**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

AFRICAN COMMUNITIES TOGETHER;
MARY DOE; DAVID DOE; PETER DOE;
and JACOB DOE, on behalf of themselves
and all others similarly situated,

        *Plaintiffs*,

        v.

MARKWAYNE MULLIN, in his official
capacity as Secretary of the U.S. Department
of Homeland Security; U.S. DEPARTMENT
OF HOMELAND SECURITY; U.S.
CITIZENSHIP AND IMMIGRATION
SERVICES; and UNITED STATES OF
AMERICA,

        *Defendants*.

Civil Action No. 1:25-cv-13939-PBS

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs in the above-captioned case hereby appeal to the United States Court of Appeals for the First Circuit from the district court's (Saris, J.) Memorandum and Order, ECF No. 122 (docketed on August 7, 2026).

Dated: August 7, 2026

Respectfully Submitted,

*/s/ Daniel G. Randolph*
Mark H. Lynch (*pro hac vice*)
Stephen Petkis (*pro hac vice*)
Daniel G. Randolph (*pro hac vice*)
Paul Killebrew (*pro hac vice*)
Ayana M. Lindsey (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001
(202) 662-6000
MLynch@cov.com

SPetkis@cov.com
DRandolph@cov.com
PKillebrew@cov.com
ALindsey@cov.com

*/s/ Nargis Aslami*
Nargis Aslami (BBO No. 714848)
Melissa Keaney (*pro hac vice*)
Collin Poirot (*pro hac vice*)
Abbey Rutherford (*pro hac vice*)
MUSLIM ADVOCATES
1032 15th Street N.W. #362
Washington, D.C. 20005
(202) 897-2622
Nargis@muslimadvocates.org
Melissa@muslimadvocates.org
Collin@muslimadvocates.org
Abbey@muslimadvocates.org

*/s/ Eric Crew*
Erik Crew (*pro hac vice*)
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
(949) 603-7411
ecrew@haitianbridge.org

*Counsel for Plaintiffs African Communities
Together, Mary Doe, David Doe, Peter Doe, Jacob
Doe, and the Proposed Class*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that this Notice of Appeal, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Daniel Randolph*
Daniel Randolph